**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Unite Here Local 11,

Plaintiff,

v.

Thunderbird Legacy Development LLC,

Defendant.

No. CV-26-01804-PHX-CDB

**ORDER**

This matter was assigned to Magistrate Judge Camille D. Bibles. (Doc. 3). On November 5, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 16). To date, no objections have been filed. The Magistrate Judge recommends granting Plaintiff's Motion for Default Judgment. (Id.)

---

1 This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,
>
> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.
>
> **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:
>
> Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, Defendant has failed to participate in this action, and Plaintiff is prejudiced from Defendant's failure to participate in this action.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 16).

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for Default Judgment. (Doc. 15).

**IT IS FURTHER ORDERED** that default judgment is entered in favor of Plaintiff Unite Here Local 11 and against Defendant Thunderbird Legacy Development LLC on the claim for relief stated in the Complaint, (Doc. 1), pursuant to Fed. R. Civ. P. 55(b)(2).

**IT IS FURTHER ORDERED** that Defendant Thunderbird Legacy Development LLC is required to proceed to arbitration of the dispute referred by Plaintiff Unite Here Local 11's letter dated April 17, 2025, before Arbitrator Juan Carlos Gonzalez or, if he is unavailable to serve within thirty (30) calendar days of notification, before Arbitrator Frederic Horowitz. If neither arbitrator is available to serve, Plaintiff may move the Court to appoint a substitute arbitrator as identified by Plaintiff.

**IT IS FURTHER ORDERED** that all questions of procedural arbitrability, including any questions of timeliness, are reserved to the arbitrator.

**IT IS FURTHER ORDERED** that the docket in this matter remain open and the Court will retain jurisdiction to enforce the order of judgment and to award or deny attorneys' fees and costs to Plaintiff, upon a motion pursuant to Local Rules of Civil Procedure 54.1 and 54.2.

**IT IS FURTHER ORDERED directing** the Clerk of Court to enter judgment accordingly.

Dated this 23rd day of November, 2026.

Stephen M. McNamee
Senior United States District Judge